Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com

Sara Khosroabadi, Esq.
Nevada Bar No. 13703
**HYDE & SWIGART**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (619) 233-7770
sara@westcoastlitigation.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Debbie D. Fox-Hansen*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Debbie D. Fox-Hansen,<br><br>           Plaintiff,<br>v.<br><br>First Horizon National Corporation and Trans Union LLC,<br><br>           Defendants. | Case No.: 2:16-cv-02854-RFB-VCF<br><br>**Stipulation of Dismissal with Prejudice** |

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Debbie D. Fox-Hansen ("Plaintiff") and Defendant Trans Union LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant in this matter only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 20th day of April 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH**

By: /s/ Jason G. Revzin
Jason G. Revzin, Esq.
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant*
*Trans Union LLC*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 23rd day of April, 2017.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 20, 2017, the foregoing STIPULATION AND ORDER TO DISMISS DEFENDANT TRANS UNION LLC was served by email to all parties appearing in this case as follows:

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117